# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:04cv265

| | |
|---|---|
| JIMMY DAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| U.S. TEXTILE CORP., a North Carolina ) | |
| Corporation; and CONSOLIDATED ) | |
| WORK INDUSTRIES, INC., a North ) | |
| Carolina Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the court on defendants' Motion for Leave to Take Deposition. This motion is a motion for leave to take the deposition of George G. Charles, a witness in this matter, in accordance with the provisions of Rule 30(a)(2), Federal Rules of Civil Procedure. The witness, George G. Charles is incarcerated at the Avery/Mitchell Correctional Institution located in Spruce Pine, North Carolina. Finding that good and adequate cause has been shown and that such deposition is in the further interest of justice, the request of the defendant will be allowed. Counsel for the respective parties are advised that such deposition is subject to any time, place, and manner of restrictions that are imposed by prison authorities at the Avery/Mitchell Correctional Institution or other rules and regulations that the Avery/Mitchell Correctional Institution may impose.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Leave to Take Deposition of an incarcerated person, that being George G. Charles is **ALLOWED**, and the defendants are **GRANTED** leave to depose George G. Charles while he is incarcerated, all in accordance with Rule 30(a)(2), Federal Rules of Civil Procedure.

**Signed: August 5, 2005**

Dennis L. Howell
United States Magistrate Judge