# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV265

| | |
|---|---|
| JIMMY DAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **J U D G M E N T** |
| ) | |
| U.S. TEXTILE CORP., a North ) | |
| Carolina Corporation; and ) | |
| CONSOLIDATED WORK ) | |
| INDUSTRIES, INC., a North ) | |
| Carolina Corporation, ) | |
| ) | |
| Defendants. ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

**Signed: January 20, 2006**

Lacy H. Thornburg
United States District Judge